SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiff
David K. DeLonge (DD9662)

| | |
|---|---|
| GNAT BOOTY MUSIC, HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, J. ALBERT & SON (USA) INC. AND UNIVERSAL MUSIC CORP., <br><br> Plaintiffs, <br> -against- <br><br> JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA, <br><br> Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Civil Action No. 06-5522 <br><br> SUMMONS |

TO:   JAY KAY JAY, INC.
      77 State Route 36 W
      Keansburg, New Jersey 07737

To the above named defendant:

You are hereby summoned and required to serve upon Schumann Hanlon LLC, whose address is 30 Montgomery Street, Jersey City, New Jersey 07302, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH, CLERK

_____
Clerk of Court

BY _____
Deputy Clerk

Dated: 11-20-06

SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiff
David K. DeLonge (DD9662)

| | |
|---|---|
| GNAT BOOTY MUSIC, HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, J. ALBERT & SON (USA) INC. AND UNIVERSAL MUSIC CORP.,<br><br>Plaintiffs,<br>-against-<br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action<br>No.   06-5522<br><br>SUMMONS |

TO:   Ms. Kathleen A. Tartivita
      156 Bayside Drive
      Atlantic Highlands, New Jersey 07718

To the above named defendant:

You are hereby summoned and required to serve upon Schumann Hanlon LLC, whose address is 30 Montgomery Street, Jersey City, New Jersey 07302, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH, CLERK

Clerk of Court

BY _____
Deputy Clerk

Dated: 11-20-06