**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
U.S.P.O. & COURTHOUSE
NEWARK, NEW JERSEY 07102

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

**March 5, 2007**

WILLIAM T. WALSH
CLERK

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>TRENTON</u>

Alessandra Giunta
c/o Kathleen A. Tartivita
PO Box 142
Atlantic Highlands, New Jersey 07716

RE:  GNAT BOOTY MUSIC, et al., vs. JAY KAY JAY, INC., et al.,
CIVIL 06-5532 (GEB)

**Dear Sir:**

Returned herein, at the **specific** direction of the Court, please find your letter dated February 26, 2007 addressed to our Newark Office relative to the above titled matter.

Please be advised, while you may repre4sent yourself pro se, you may not represent others as you are not an attorney, therefore your letter on behalf of your Mother is returned.

In your letter you write about an Order, however you do not state which Order you are writing about.  For your information there has only been two orders filed in this matter, both on your Mother's behalf.  The first was an Application & Order to extend time to Answer to January 5, 2007, and the second granting her motion to extend time to January 24, 2007.  Copies of both Orders were sent to her on 12/26/06 and 1/11/07 respectively.

The last document from this Office was a Notice as to the Initial Conference set for 3/15/07 at 10:30AM - which was sent to your Mother on January 25, 2007 - an additional copy is enclosed for your convenience.

Very truly yours,

William T. Walsh, Clerk

by

s/Michael D. Shanklin, Supervisor

cc:  Hon. John J. Hughes, U.S. Magistrate Judge