SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiffs

| | |
|---|---|
| **GNAT BOOTY MUSIC, HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, J. ALBERT & SON (USA) INC. AND UNIVERSAL MUSIC CORP.,**<br><br>  Plaintiffs,<br>-against-<br><br>**JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,**<br><br>  **Defendants.** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br> Civil Action<br> No. 3:06-cv-0522(GEB)<br><br>ORDER EXTENDING TIME TO<br>ANSWER COUNTERCLAIM |

  SCHUMANN HANLON LLC, attorneys for plaintiffs herein, make application and request pursuant to L. Civ. R. 6.1 for a fifteen (15) day extension of time for filing plaintiffs' Answer to Counterclaim herein. In support of such application, plaintiffs respectfully aver:

  1. The Answer and Counterclaim by defendant Jay Kay Jay, Inc. was served upon this office on April 12, 2007. Plaintiffs' response to the counterclaim is due within twenty (20) days, i.e., on or before May 2, 2007.

  2. No prior extension of time to respond to the Counterclaim has been requested or granted herein.

WHEREFORE, plaintiffs respectfully pray that the Court grant a fifteen (15) day extension of time to respond to the counterclaim herein.

                                SCHUMANN HANLON LLC
                                Attorneys for Plaintiffs

                         BY: /s/ **David K. DeLonge**
                                David K. DeLonge (dd9662)

Dated: April 27, 2007

                                So Ordered:

                                _____