SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiffs

RECEIVED
AUG - 7 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| GNAT BOOTY MUSIC, HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, J. ALBERT & SON (USA) INC. AND UNIVERSAL MUSIC CORP., <br><br>Plaintiffs, <br>-against- <br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA, <br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br>Civil Action <br>No. 3:06-cv-05522(GEB) <br><br><br><br>ORDER COMPELLING DISCOVERY |

THIS MATTER having opened to the Court on July 31, 2007 during telephone conference with David K. DeLonge of Schumann Hanlon LLC, attorneys for plaintiffs, and Kathleen Tartivita, defendant pro se, and for good cause shown it is

ORDERED on this 6th day of August, 2007 that defendant Kathleen Tartivita provide names and current or last known residential addresses for the bartenders and other employees of Jay Kay Jay Inc. during 2005 including the staff persons who accessed the music/lighting booth. The information shall be used for purposes of this litigation only.

Honorable John J. Hughes
U.S. Magistrate Judge