UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **GNAT BOOTY MUSIC, et al.,** | : | Civil Action No. 06-5522 (GEB) |
| Plaintiffs, | : | |
| v. | : | O R D E R |
| **JAY KAY JAY, INC., et al.,** | : | |
| Defendants. | : | |

This matter having come before the Court upon Motion by *pro se* Defendant Kathleen A. Tartivita ("Defendant") to Amend Answer to File Counterclaim [Docket Entry # 15], returnable July 16, 2007; and Plaintiffs opposing the motion; and the Court having granted Defendant's motion on July 31, 2007 and setting August 14, 2007 as the deadline by which Defendant could amend her answer. (See Docket Entry # 17); and the Court having received a letter from Defendant on August 29, 2007 stating that she did not receive a copy of the Order. (See Tartivita Ltr. dated August 24, 2007); and the Court finding that because Defendant, *pro se*, does not have access to the electronic filing system and did not receive a copy of the Court's previous Order, she was unaware of the deadline for filing her amended answer; and good cause having been shown;

IT IS on this 29th day of August, 2007,

ORDERED that Defendant's Amended Answer and Counterclaim shall be filed no later than **September 14, 2007**; and it is

FURTHER ORDERED that the Clerk send this Order to Defendant by **regular and certified mail**.

/s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**