UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
CLARKSON S. FISHER U.S. COURTHOUSE
AND FEDERAL BUILDING
402 E. STATE STREET, RM. 2020
TRENTON, NEW JERSEY 08608

06-5522

RECEIVED

SEP 1 1 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen A. Tartivita
PO Box 142
Atlantic Highlands, NJ
07716

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent   ☒ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
K. A. TARTIVITA            9-6-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7771 680142 7005 0390 0003 6263 9414
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540