Kathleen A. Tartivita
PO Box 142
Atlantic Highlands, NJ  07716
(732) 872-2145

RECEIVED

OCT 1 2 2007

AT 8:30_____ _____M
WILLIAM T. WALSH
CLERK

Office of the Clerk
United States District Court
402 East State Street
Room 2020
Trenton, NJ     08608

Re: Gnat Booty Music et al vs. Jay Kay Jay, Inc and Kathleen Tartivita
   **Civil Action No 3:06-cv-05522 (GEB)**
   **Notice of Motion for Summary Judgment and To Stay Discovery**

October 9, 2007

Dear Clerk,

    Enclosed please find the original and one copy of a Notice of Motion, Certification in Support of Motion, Letter Brief, Proposed Form of Order and Certification of Service for Summary Judgement and other relief filed by the defendants, Jay Kay Jay, Inc. and Kathleen A. Tartivita.

    These documents have been served upon the attorney for the plaintiffs as set forth in the attached Certification of Service.

    This motion is returnable on November 5, 2007 as per the Case Management Order and **ORAL ARGUMENT IS REQUESTED.**

Thank you in advance for your attention to this matter.

Yours truly,

*Kathleen A. Tartivita*
Kathleen A. Tartivita

Overnight Express Mail # EB 411415870 US
Printout with documents: Schumann Hanlon, LLC
    30 Montgomery Street, 15th Floor
    Jersey City, NJ 07302
    Certified Mail RRR # 7005 0390 0005 6552 6087
    Anna C. Little, Esq. HAND DELIVERED