SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
NOV 27 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| GNAT BOOTY MUSIC, HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, J. ALBERT & SON (USA) INC. AND UNIVERSAL MUSIC CORP.,<br><br>　　　　Plaintiffs,<br>-against-<br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>　　　　Defendants. | Civil Action No.<br>3:06-cv-05522(GEB)<br><br><br>PROTECTIVE ORDER |

THIS MATTER having come before the Court during telephone conference call on November 15, 2007 by request of pro se defendant Kathleen Tartivita concerning protection of tax returns which defendants have been compelled to produce to plaintiffs pursuant to Order herein dated October 1, 2007, and for good cause shown it is

**ORDERED** on this 26th day of November, 2007, that tax returns of Jay Kay Jay, Inc. to be produced in discovery herein pursuant to the October 1, 2007 Order shall be used only for the purposes of this litigation. and HSTARTIVITA TO PROVIDE AT HER DEPOSIT-

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Hughes
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge