SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
Jersey City, New Jersey 07302
Attorneys for Plaintiffs
(201) 434-2000

| | |
|---|---|
| GNAT BOOTY MUSIC, ET ALS.,<br><br>    Plaintiffs,<br>v.<br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>    Defendants.<br>─────────────────────────<br>JAY KAY JAY, INC.,<br><br>    Third Party Plaintiff,<br>v.<br><br>CABLEVISION SYSTEMS CORP.,<br><br>    Third Party Defendant.<br>─────────────────────────<br>WB MUSIC CORP., ET ALS.<br><br>    Plaintiffs,<br>v.<br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>    Defendants.<br>─────────────────────────<br>JAY KAY JAY, INC.,<br><br>    Third Party Plaintiff,<br>v.<br><br>CABLEVISION SYSTEMS CORP.,<br><br>    Third Party Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Consolidated<br>Civil Actions<br>No. 06-5522(GEB)<br><br>RECEIVED<br>JAN 1 4 2008<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK<br><br><br>No. 07-3439(GEB)<br><br><br><br>ORDER EXTENDING DEADLINES |

This matter being opened to the court by January 7, 2008 letter request from plaintiffs' attorneys, SCHUMANN HANLON LLC, with consent of all parties herein, for extension of all deadlines herein beyond January 31, 2008 when Schumann Hanlon LLC has been requested by the Court to advise of the status of pending settlement negotiations,

IT IS ORDERED that all deadlines herein be and are hereby extended by 30 days.

1/14/08

Honorable John J. Hughes
U.S. Magistrate Judge