SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
Jersey City, New Jersey 07302
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**Consolidated Civil Actions**

| | |
|---|---|
| **GNAT BOOTY MUSIC, ET ALS.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,**<br><br>**Defendants.** | **No. 06-5522(GEB)** |
| **JAY KAY JAY, INC.,**<br><br>**Third Party Plaintiff,**<br>**v.**<br><br>**CABLEVISION SYSTEMS CORP.,**<br><br>**Third Party Defendant.** | |
| **WB MUSIC CORP., ET ALS.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,**<br><br>**Defendants.** | **No. 07-3439(GEB)**<br><br>**STIPULATION OF DISMISSAL OF COUNTERCLAIMS** |
| **JAY KAY JAY, INC.,**<br><br>**Third Party Plaintiff,**<br>**v.**<br><br>**CABLEVISION SYSTEMS CORP.,**<br><br>**Third Party Defendant.** | |

**THIS MATTER HAVING** been amicably resolved by and between parties hereto pursuant to Stipulation of Settlement filed with the Court, it is hereby stipulated and agreed that counterclaims filed herein in both of the consolidated actions by defendants Jay Kay Jay, Inc. and Kathleen Tartivita be and are hereby dismissed, with prejudice and without costs against any party.

**SCHUMANN HANLON LLC**
Attorneys for Plaintiffs

By: ____________________
David K. DeLonge

**JAY KAY JAY, INC.**

By: ____________________
Kathleen Tartivita, President

**KATHLEEN TARTIVITA**
Pro Se Defendant

By: ____________________
Kathleen Tartivita, individually

Dated: January 20, 2008