SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
Jersey City, New Jersey 07302
Attorneys for Plaintiffs

| | |
|---|---|
| GNAT BOOTY MUSIC, ET ALS.,<br><br>　　Plaintiffs,<br>v.<br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Consolidated<br>Civil Actions<br>No. 06-5522(GEB) |
| JAY KAY JAY, INC.,<br><br>　　Third Party Plaintiff,<br>v.<br>CABLEVISION SYSTEMS CORP.,<br><br>　　Third Party Defendant. | |
| WB MUSIC CORP., ET ALS.<br><br>　　Plaintiffs,<br>v.<br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>　　Defendants. | No. 07-3439(GEB)<br><br>STIPULATION OF DISMISSAL<br>OF COUNTERCLAIMS |
| JAY KAY JAY, INC.,<br><br>　　Third Party Plaintiff,<br>v.<br>CABLEVISION SYSTEMS CORP.,<br><br>　　Third Party Defendant. | |

RECEIVED

JAN 2 4 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**THIS MATTER HAVING** been amicably resolved by and between parties hereto pursuant to Stipulation of Settlement filed with the Court, it is hereby stipulated and agreed that counterclaims filed herein in both of the consolidated actions by defendants Jay Kay Jay, Inc. and Kathleen Tartivita be and are hereby dismissed, with prejudice and without costs against any party.

**SCHUMANN HANLON LLC**
Attorneys for Plaintiffs

By: _/s/ David K. DeLonge_
    David K. DeLonge

**JAY KAY JAY, INC.**

By: _/s/ Kathleen Tartivita_
    Kathleen Tartivita, President

**KATHLEEN TARTIVITA**
Pro Se Defendant

By: _/s/ Kathleen Tartivita_
    Kathleen Tartivita, individually

Dated: January 20, 2008

SO ORDERED this 24th day of January 2008

_/s/ Judge_
USDJ

Case 3:06-cv-05522-GEB-JJH   Document 35   Filed 01/24/2008   Page 2 of 2