Michael Cukor, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: (973) 596-4573  Fax: (973) 639-6245

Bruce S. Meyer, Esq. *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Direct: (212) 310-8000  Fax: (212) 310-8007

*Co-Counsel for Third-Party Defendant
Cablevision Systems Corporation*

RECEIVED

MAR 0 6 2008

AT 8:30_____N
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GNAT BOOTY MUSIC, et al, <br><br> Plaintiffs, <br><br> -against- <br><br> JAY KAY JAY, INC. and KATHLEEN A. TARTIVITA, <br><br> Defendants. <br><br> JAY KAY JAY, INC., <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Third-Party Defendant. | Consolidated Civil Action <br><br> No. 06-5522 (GEB) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> *Document electronically filed.* |

1

| | |
|---|---|
| WB MUSIC CORP., et al, <br><br>        Plaintiffs, <br><br>-against- <br><br>JAY KAY JAY, INC. and KATHLEEN A. TARTIVITA, <br><br>        Defendants. <br><br>JAY KAY JAY, INC., <br><br>        Third-Party Plaintiff, <br><br>-against- <br><br>CABLEVISION SYSTEMS CORPORATION, <br><br>        Third-Party Defendant. | No. 07-3439 (GEB) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 41(c), third-party defendant Cablevision Systems Corporation, by and through its undersigned counsel, and third-party plaintiffs Kathleen Tartivita and Jay Kay Jay, Inc., signing on their own behalf, hereby stipulate that the above-captioned action, including all claims raised in the third-party complaints filed in each of the consolidated actions therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement and release of claims entered into by the parties in the action, the contents of which have been deemed confidential by the parties.

**Jay Kay Jay, Inc.**

By: _____
Kathleen A. Tartivita, President

Dated: February 21, 2008

**Kathleen Tartivita**
Pro Se Third-Party Plaintiff

By: _____
Kathleen A. Tartivita,
Individually

Dated: February 21, 2008

**Gibbons P.C.**

By: _____
Michael Cukor (MC-0753)

Dated: February 25, 2008

**Weil, Gotshal & Manges LLP**

By: _____
Bruce S. Meyer (BM-3506)

Dated: February 4, 2008

*Attorneys for Cablevision Systems Corporation*

IT IS SO ORDERED:

Dated: March 6, 2008

_____
Judge Garrett E. Brown, Jr.

3