SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
Jersey City, New Jersey 07302
Attorneys for Plaintiffs
(201) 434-2000

| | |
|---|---|
| GNAT BOOTY MUSIC, ET ALS., <br><br> Plaintiffs, <br> v. <br><br> JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA, <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Consolidated <br> Civil Actions <br> No. 06-5522(GEB) |
| JAY KAY JAY, INC., <br><br> Third Party Plaintiff, <br> v. <br><br> CABLEVISION SYSTEMS CORP., <br><br> Third Party Defendant. | |
| WB MUSIC CORP., ET ALS. <br><br> Plaintiffs, <br> v. <br><br> JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA, <br><br> Defendants. | No. 07-3439(GEB) |
| JAY KAY JAY, INC., <br><br> Third Party Plaintiff, <br> v. <br><br> CABLEVISION SYSTEMS CORP., <br><br> Third Party Defendant. | STIPULATION OF DISMISSAL |

**THIS MATTER** having been amicably resolved by and between the parties hereto, it is hereby Stipulated and Agreed that plaintiffs' Complaints in both of the within consolidated actions be and are hereby dismissed, with prejudice, and without costs against any party.

SCHUMANN HANLON
Attorneys for Plaintiffs

By: _____
David K. DeJonge

Jay Kay Jay, Inc.

By: _____   7/10/08
Kathleen A. Tartivita, President

Kathleen A. Tartivita
Pro Se Defendant

By: _____
Kathleen A. Tartivita, Individually